<strong>UNITED STATES BANKRUPTCY COURT<br>
NORTHERN DISTRICT OF OHIO<br>
CLEVELAND DIVISION</strong>

| | |
|---|---|
| In re: | Case No. 20-12236-JPS |
| MATTHEW TYLER HALL<br>HEATHER JOLENE HALL | Chapter 7 |
| | Judge Jessica E. Price Smith |
| Debtor(s). | |

## NOTICE OF TELEPHONIC MEETING OF CREDITORS

**PLEASE TAKE NOTICE** that the Meeting of Creditors scheduled for June 8, 2020 (the "Examination") will not continue **in person**, rather the meeting will continue **AS SCHEDULED** via telephonic means by calling into the conference line and entering the meeting code as follows:

Dial-in Number: +1 (877) 545-6907

Conference Identification: 7435605

**Prior to the Examination**, WILLIAM J. BALENA ("Counsel") shall have either emailed to Trustee or uploaded to the BlueStylus Portal: (1) a copy of the Debtor(s)' photo identification; (2) proof of the Debtor(s)' social security number(s) (through a scan of an original social security card, W-2, Form 1099, or other acceptable documentation); (3) statements for each of Debtor(s)' depository and investment accounts, including checking, savings, and money market accounts, mutual funds and brokerage accounts for the time period that includes April 30, 2020. If the Debtor(s) and/or Counsel require an alternative date or means for Examination, Counsel shall contact Trustee to make alternative arrangements.

Respectfully Submitted,

/s/ Kari B. Coniglio
Kari B. Coniglio (0081463)
Chapter 7 Trustee
200 Public Square, Suite 1400
Cleveland, OH 44114
Tel (216) 479-6167
Fax (216) 937-3766
kbconiglio@vorys.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically transmitted on or about June 23, 2020 via this Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

U.S. Trustee
William J. Balena, Counsel for Debtor(s)

/s/ Kari B. Coniglio
Kari B. Coniglio #0081463
Chapter 7 Trustee